

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

---

**NO. WR-85,166-01**

---

**IN RE RICHARD LOPEZ, Relator**

---

**ON APPLICATION FOR A WRIT OF MANDAMUS
CAUSE NO. 09-04380-CRF-361-A IN THE 361ST DISTRICT COURT
FROM BRAZOS COUNTY**

---

*Per curiam*.

**O R D E R**

Relator has filed a motion for leave to file an application for a writ of mandamus pursuant to the original jurisdiction of this Court. Relator filed an application for a writ of habeas corpus in the 361st District Court of Brazos County on January 22, 2014. More than 180 days has passed since the filing. *See* TEX. R. APP. P. 73.4(b)(5).

Respondent, the District Clerk of Brazos County, is ordered to file a response, which may be made by submitting the record on such habeas corpus application, submitting proof of the date of receipt by the State showing 180 days has not yet elapsed, or stating that Relator has not filed an application for a writ of habeas corpus in Brazos County. This application for leave to file a writ of

mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: June 29, 2016
Do not publish